1 | Michael E. Mitchell
**MITCHELL, MILLER & AYALA, LLP**
2 | 191 W. Shaw Avenue, Suite 102
FRESNO, CA 93704
3 | TELEPHONE: (559) 222-6622
FACSMILE: (559) 222-6626
4 |
5 | Attorney for Defendant
JORDAN SHOLLENBARGER
6 |
7 |
8 | IN THE UNITED STATES DISTRICT COURT
9 | FOR THE EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,

12 |        Plaintiff,

13 |     vs.

14 | JORDAN SHOLLENBARGER,

15 |       Defendant.

Case No.: 6:09-mj-0036-WMW
Citation No. 09-0352
WAIVER OF DEFENDANT'S
PERSONAL PRESENCE; [PROPOSED]
ORDER THEREON

Date: February 24, 2009
Time: 9:00 A.M.
Judge: Hon. William M. Wunderlich

Pursuant to F.R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his/her right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motions hearings, change of plea, trial, and/or sentencing.

Defendant hereby request that this Court proceed in his/her absence on every occasion that the Court may permit, pursuant to this waiver. He/she agrees that his/her interests shall be

///
///
///
///

1  represented at all times by the presence of his/her attorney, Michael E. Mitchell, the same as if

2  Defendant were personally present.

3

4  DATED: 2/18/09

Defendant, JORDAN SHOLLENBARGER

5

6

7  DATED: 2/18/09

Michael E. Mitchell
8  Attorney for JORDAN
SHOLLENBARGER
9

10

11  **ORDER**

12  **GOOD CAUSE APPEARING,** it is hereby ordered that Defendant's appearance may be

13  waived until further order.

14

15  DATED: 2 - 18 - 09

16  WILLIAM M. WUNDERLICH,
Magistrate Judge
17  Eastern District of California

18

19

20

21

22

23

24

25

26

27

28

Waiver of Defendant's Personal Presence- 2
[Proposed] Order Thereon