STIPULATION OF COUNSEL TO CONTINUE SUPPRESSION HEARING - 1

**MICHAEL E. MITCHELL #240199**
**LAW OFFICES OF MICHAEL E. MITCHELL**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant:
JORDAN COLBY SHOLLENBARGER

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JORDAN COLBY SHOLLENBARGER, <br><br> Defendant. <br><br> _____ | ) Case No.: 6:09-MJ-00036-YNP <br> ) STIPULATION OF COUNSEL IN <br> ) SUPPORT OF DEFENDANT'S MOTION <br> ) TO CONTINUE  SUPPRESSION <br> ) HEARING; ORDER THEREON <br> ) <br> ) <br> ) Date:  June 23, 2009 <br> ) Time: 1:30 PM <br> ) Place: Yosemite Court <br> ) <br> ) <br> ) <br> ) <br> ) |

In the above action, Defendant JORDAN COLBY SHOLLENBARGER ("Mr. Shollenbarger"), filed his Motion to Suppress with this Honorable Court on May 15, 2009.  The matter is set to be heard on June 23, 2009.  Mr. Shollenbarger comes now seeking a continuance of the suppression hearing.

Counsel for Mr. Shollenbarger, and for the United States are requesting a copy of the transcripts of the APS hearing.  Due to the time involved in the processing of the request and transcribing of the tape of the hearing, the transcripts will take approximately sixty (60) days to be delivered to each Counsel.

The continuance of the suppression hearing to September 1, 2009 shall grant each party time to obtain the transcripts, review said documents, and to determine if supplemental points and authorities are necessary in this matter.

The Parties hereby stipulate to continue the suppression hearing to September 1, 2009.


Dated: June 19, 2009                                    /s/ Michael E. Mitchell
                                                        Michael E. Mitchell
                                                        Attorney for Defendant
                                                        JORDAN C. SHOLLENBARGER



Dated: June 19, 2009                                    /s/ Ed Dunlavey
                                                        Ed Dunlavey
                                                        Legal Officer
                                                        National Park Service




## ORDER


IT IS SO ORDERED.


**Dated:    June 22, 2009                        /s/ Gudrun J. Rice**
                                        UNITED STATES MAGISTRATE JUDGE