Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:09-mj-00036-YNP |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER THEREON |
| v. | ) | |
| JORDAN C. SHOLLENBARGER, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: August 31, 2009         NATIONAL PARK SERVICE


                                 /S/ Susan St. Vincent
                                 Susan St. Vincent
                                 Acting Legal Officer


**ORDER**

It is so ordered:

IT IS SO ORDERED.

**Dated:   August 31, 2009**              **/s/ William Prince**
                                 UNITED STATES MAGISTRATE JUDGE

1